# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 20-22931-GLT |
| | ) | |
| Bryan K. Kelly, | ) | Document No.: |
|     Debtor. | ) | Chapter 13 |
| | ) | |
| Bryan K. Kelly, | ) | Response Deadline: 11/09/2020 |
|     Movant, | ) | Hearing Date and Time: 11/13/2020 @ 11:30 AM |
| | ) | |
|     v. | ) | |
| | ) | |
| 13/7, LLC | ) | |
| Allegheny Health Network | ) | |
| Arcadia Recovery Bureau, LLC | ) | |
| Barclay's Bank Delaware | ) | |
| Cavalry SPV I, LLC | ) | |
| Chase Bank USA, N.A. | ) | |
| Citizens Bank | ) | |
| CKS Financial | ) | |
| Client Services, Inc. | ) | |
| Comcast | ) | |
| Convergent Outsourcing | ) | |
| Credit One Bank | ) | |
| F.N.B. Consumer Discount Company | ) | |
| Fayette County DRS | ) | |
| First Premier Bank | ) | |
| Jefferson Hills Surgical Specialist | ) | |
| Lakeview Loan Servicing, LLC | ) | |
| Lendmark Financial | ) | |
| LVNV Funding, LLC | ) | |
| Mariner Finance, LLC | ) | |
| Office of Attorney General | ) | |
| Office of UC Benefits | ) | |
| One Main Financial | ) | |
| PA SCDU | ) | |
| Pendrick Capital Partners, LLC | ) | |
| Peoples Natural Gas Company, LLC | ) | |
| Phelan Hallinan Diamond & Jones, LLP | ) | |
| Portfolio Recovery Associates, LLC | ) | |
| PRA Receivables Management, LLC | ) | |
| Premier Bankcard, LLC | ) | |
| Regency Finance Company | ) | |
| RUI Credit Services, Inc. | ) | |
| Varius Holdings, LLC | ) | |
| Verizon | ) | |
| Wells Fargo Bank, N.A. | ) | |
| XFinity | ) | |
| U.S. Trustee and | ) | |

| | |
|---|---|
| Ronda J. Winnecour, Esquire | ) |
| Chapter 13 Trustee, | ) |
|     Respondents. | ) |

## CERTIFICATE OF NO OBJECTION TO THE
## MOTION TO EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, responses to the Motion to Extend the Automatic Stay were to be filed and served no later than November 9, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Extend the Automatic Stay be entered by the Court.

Date:   November 10, 2020

                                                                                                                                              /s/ Matthew M. Herron
                                                        Matthew M. Herron, Esquire
                                                        PA ID No. 88927
                                                        THE DEBT DOCTORS, LLC
                                                        607 College Street, Suite 101
                                                        Pittsburgh, PA 15232
                                                        412-395-6001
                                                        mmh@thedebtdoctors.com
                                                        ATTORNEY FOR THE DEBTOR