IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Bryan K. Kelly** | : : : : | Bankruptcy No. **20-22931** |
| | : | Chapter **13** |
| Debtor | : : : | |
| **Bryan K. Kelly** | : : | Related to Document No. |
| Movant | : : : : | |
| v. | : : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Matthew M. Herron 88927**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtor's complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

Associated Credit Services, Inc.
115 Flanders Road, Suite 140
P.O. Box 5171
Westborough, MA 01581-5171

Cavalry SPV I, LLC
as Assignee of Synchrony Bank/Walmart
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

Dynamic Recovery Solutions
135 Interstate Blvd., Suite 6
Greenville, SC 29615

Fayette CO DRS
22 E Main Street
Uniontown, PA 15401

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Flagstar Bank
Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

MedExpress Billing
P.O. Box 14000
Belfast, ME 04915-4033

Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

Office of UC Benefits
P.O. Box 67503
Harrisburg, PA 17106-7503

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17110

```
Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

Wells Fargo Bank, N.A.
P.O. Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438
```