# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: bsil | Date Created: 11/13/2020 |
| Case: 20−22931−GLT | Form ID: pdf900 | Total: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          LAKEVIEW LOAN SERVICING, LLC

                                                                                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty         Brian Nicholas          bnicholas@kmllawgroup.com
aty         Matthew M. Herron          mmh@thedebtdoctors.com
aty         S. James Wallace          ecfpeoples@grblaw.com

                                                                                                        TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Bryan K. Kelly         514 Washington Street         Belle Vernon, PA 15012
cr          PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
cr          Peoples Natural Gas Company LLC         GRB Law         Frick Building         437 Grant Street, 14th Floor         Pittsburgh, PA 15219
15299124    Associated Credit Services, Inc.         115 Flanders Road, Suite 140         P.O. Box 5171         Westborough, MA 01581−5171
15310303    Associated Credit Services, Inc.         115 Flanders Road, Suite 140         P.O. Box 5171         Westborough, MA 01581−5171
15299822    Cavalry SPV I, LLC         500 Summit Lake Drive, Ste 400         Valhalla, NY 10595
15310304    Cavalry SPV I, LLC         as Assignee of Synchrony Bank/Walmart         500 Summit Lake Drive, Suite 400         Valhalla, NY 10595
15310305    Credit One Bank         Attn: Bankruptcy Department         PO Box 98873         Las Vegas, NV 89193
15299125    Credit One Bank         P.O. Box 60500         City of Industry, CA 91716−0500
15299126    Dynamic Recovery Solutions         135 Interstate Blvd., Suite 6         Greenville, SC 29615
15310306    Dynamic Recovery Solutions         135 Interstate Blvd., Suite 6         Greenville, SC 29615
15310307    Fayette CO DRS         22 E Main Street         Uniontown, PA 15401
15310308    First Premier Bank         Attn: Bankruptcy         PO Box 5524         Sioux Falls, SD 57117
15310309    Flagstar Bank         Attn: Bankruptcy         5151 Corporate Drive         Troy, MI 48098
15310310    LVNV Funding, LLC         Resurgent Capital Services         P.O. Box 10587         Greenville, SC 29603−0587
15301392    LVNV Funding, LLC         Resurgent Capital Services         PO Box 10587         Greenville, SC 29603−0587
15310354    Mariner Finance, LLC         8211 Town Center Drive         Nottingham, MD 21236
15299127    MedExpress Billing         P.O. Box 14000         Belfast, ME 04915−4033
15310311    MedExpress Billing         P.O. Box 14000         Belfast, ME 04915−4033
15310312    Mercury/FBT         Attn: Bankruptcy         PO Box 84064         Columbus, GA 31908
15299128    Office of UC Benefits         P.O. Box 67503         Harrisburg, PA 17106−7503
15310313    Office of UC Benefits         P.O. Box 67503         Harrisburg, PA 17106−7503
15299129    Penn Credit Corporation         2800 Commerce Drive         Harrisburg, PA 17110
15310314    Penn Credit Corporation         2800 Commerce Drive         Harrisburg, PA 17110
15310720    Pennsylvania Department of Revenue         Bankruptcy Division PO Box 280946         Harrisburg, PA 17128−0946
15310417    Peoples Natural Gas Company LLC         c/o GRB Law         437 Grant Street, 14th Floor         Pittsburgh, PA 15219
15299130    Portfolio Recovery Associates, LLC         P.O. Box 12914         Norfolk, VA 23541
15310315    Portfolio Recovery Associates, LLC         P.O. Box 12914         Norfolk, VA 23541
15299390    Synchrony Bank         c/o of PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
15310316    Wells Fargo Bank, N.A.         P.O. Box 10438         MAC F8235−02F         Des Moines, IA 50306−0438
15307612    Wells Fargo Bank, N.A.         PO Box 10438, MAC F8235−02F         Des Moines, IA 50306−0438

                                                                                                        TOTAL: 31