**ALMEGA COMPANY, INC.**

17947

| EMPLOYEE K051209 | BRYAN K. KELLY | | ***-**-3240 | Check 17947 | | 03/23/20 |
|---|---|---|---|---|---|---|
| | | | | | Week Ending: | 03/22/20 |
| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
| Reg Hrs | 40.00 | 40.00 | FIT | 180.18 | 180.18 FRINGES | | |
| Ovt Hrs | 2.00 | 2.00 | FICA | 109.05 | 109.05 ANNUITY | 111.30 | 111.30 |
| | | | PA | 43.76 | 43.76 DC57 LMCI | 5.88 | 5.88 |
| OVERTIME | 99.45 | 99.45 | BELLE VERN | 14.25 | 14.25 HEALTH+WEL | 428.40 | 428.40 |
| REGULAR | 1326.00 | 1326.00 | LOANS | 200.00 | 200.00 LOCAL APPR | 28.98 | 28.98 |
| LODGING | 150.00 | 150.00 | DC57/.10 | 4.20 | 4.20 NAT APPREN | 4.20 | 4.20 |
| | | | PA UC DED | 0.86 | 0.86 NAT LMCI | 4.20 | 4.20 |
| | Hours | Pay Rate | LU#6-4.5% | 64.15 | 64.15 PENSION | 259.56 | 259.56 |
| OVERTIME | 2.00 | 49.73 | | | | | |
| REGULAR | 40.00 | 33.15 | | | | | |
| | Current | YTD | *Paid in full | | TOT DED | 616.45 | 616.45 |
| GROSS $ | 1575.45 | 1575.45 | | | NET PAY | 959.00 | 959.00 |
| CURRENT PAY | 1575.45 | | | | | | |

**ALMEGA COMPANY, INC.**

17970

| EMPLOYEE K051209 | BRYAN K. KELLY | | ***-**-3240 | Check 17970 | | 05/04/20 |
|---|---|---|---|---|---|---|
| | | | | | Week Ending: | 05/03/20 |
| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
| Reg Hrs | 40.00 | 80.00 | FIT | 158.30 | 338.48 FRINGES | | |
| Ovt Hrs | | 2.00 | FICA | 101.44 | 210.49 ANNUITY | 106.00 | 217.30 |
| | | | PA | 40.71 | 84.47 HEALTH+WEL | 408.00 | 836.40 |
| REGULAR | 1326.00 | 2652.00 | BELLE VERN | 13.26 | 27.51 PENSION | 247.20 | 506.76 |
| OVERTIME | | 99.45 | CHILD SUPP | 76.15 | 76.15 DC57 LMCI | | 5.88 |
| LODGING | | 150.00 | DC57/.10 | 4.00 | 8.20 LOCAL APPR | | 28.98 |
| | | | PA UC DED | 0.80 | 1.66 NAT APPREN | | 4.20 |
| | Hours | Pay Rate | LU#6-4.5% | 59.67 | 123.82 NAT LMCI | | 4.20 |
| REGULAR | 40.00 | 33.15 | LOANS | | 200.00 | | |
| | Current | YTD | | | TOT DED | 454.33 | 1070.79 |
| GROSS $ | 1326.00 | 2901.45 | | | NET PAY | 871.67 | 1830.67 |
| CURRENT PAY | 1326.00 | | | | | | |

**ALMEGA COMPANY, INC.**

17982

| EMPLOYEE K051209 | BRYAN K. KELLY | | ***-**-3240 | Check 17982 | | 05/11/20 |
|---|---|---|---|---|---|---|
| | | | | | Week Ending: | 05/10/20 |
| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
| Reg Hrs | 28.00 | 108.00 | FIT | 78.97 | 417.45 FRINGES | | |
| Ovt Hrs | | 2.00 | FICA | 71.01 | 281.50 ANNUITY | 74.20 | 291.50 |
| | | | PA | 28.50 | 112.97 DC57 LMCI | 2.80 | 8.68 |
| REGULAR | 928.20 | 3580.20 | BELLE VERN | 9.28 | 36.79 HEALTH+WEL | 285.60 | 1122.00 |
| OVERTIME | | 99.45 | DC57/.10 | 2.80 | 11.00 LOCAL APPR | 13.80 | 42.78 |
| LODGING | | 150.00 | PA UC DED | 0.56 | 2.22 NAT APPREN | 2.00 | 6.20 |
| | | | LU#6-4.5% | 41.77 | 165.59 NAT LMCI | 2.00 | 6.20 |
| | Hours | Pay Rate | CHILD SUPP | | 76.15 PENSION | 173.04 | 679.80 |
| REGULAR | 28.00 | 33.15 | LOANS | | 200.00 | | |
| | Current | YTD | | | TOT DED | 232.89 | 1303.67 |
| GROSS $ | 928.20 | 3829.65 | | | NET PAY | 695.31 | 2525.98 |
| CURRENT PAY | 928.20 | | | | | | |

ALMEGA COMPANY, INC.                                                                                    17991

```
EMPLOYEE K051209    BRYAN K. KELLY              ***-**-3240   Check 17991        05/18/20
                                                              Week Ending: 05/17/20
Hrs/Earnings   Current      YTD Deduction   Current    Ytd Deduction   Current        YTD
Reg Hrs         40.00     148.00 FIT         245.81    663.26 FRINGES
Ovt Hrs          8.00      10.00 FICA        131.87    413.37 ANNUITY    127.20      418.70
                                 PA           52.92    165.89 DC57 LMCI    6.72       15.40
OVERTIME       397.80     497.25 BELLE VERN   17.24     54.03 HEALTH+WEL 489.60     1611.60
REGULAR       1326.00    4906.20 DC57/.10      4.80     15.80 LOCAL APPR  33.12       75.90
LODGING        120.00     270.00 PA UC DED     1.03      3.25 NAT APPREN   4.80       11.00
                                 LU#6-4.5%    77.57    243.16 NAT LMCI    4.80       11.00
               Hours   Pay Rate  CHILD SUPP            76.15 PENSION    296.64      976.44
OVERTIME         8.00    49.73   LOANS                200.00
REGULAR         40.00    33.15

              Current      YTD                         TOT DED          531.24     1834.91
GROSS $       1843.80    5673.45                       NET PAY         1312.56     3838.54
CURRENT PAY   1843.80
```

To Reorder visit www.dswebtopnnt.com/foundation

```
EMPLOYEE K051209    BRYAN K. KELLY              ***-**-3240   Check 18009        05/25/20
                                                              Week Ending: 05/24/20
Hrs/Earnings   Current      YTD Deduction   Current    Ytd Deduction   Current        YTD
Reg Hrs         30.00     178.00 FIT         172.88    836.14 FRINGES
Ovt Hrs          8.00      18.00 FICA        106.51    519.88 ANNUITY    100.70      519.40
                                 PA           42.74    208.63 DC57 LMCI    5.32       20.72
OVERTIME       397.80     895.05 BELLE VERN   13.92     67.95 HEALTH+WEL 387.60     1999.20
REGULAR        994.50    5900.70 DC57/.10      3.80     19.60 LOCAL APPR  26.22      102.12
LODGING         90.00     360.00 PA UC DED     0.84      4.09 NAT APPREN   3.80       14.80
                                 LU#6-4.5%    62.65    305.81 NAT LMCI    3.80       14.80
               Hours   Pay Rate  CHILD SUPP            76.15 PENSION    234.84     1211.28
OVERTIME         8.00    49.73   LOANS                200.00
REGULAR         30.00    33.15

              Current      YTD                         TOT DED          403.34     2238.25
GROSS $       1482.30    7155.75                       NET PAY         1078.96     4917.50
CURRENT PAY   1482.30
```

ALMEGA COMPANY, INC.                                                                                    18014

```
EMPLOYEE K051209    BRYAN K. KELLY              ***-**-3240   Check 18014        06/01/20
                                                              Week Ending: 05/31/20
Hrs/Earnings   Current      YTD Deduction   Current    Ytd Deduction   Current        YTD
Reg Hrs         38.00     216.00 FIT         143.71    979.85 FRINGES
Ovt Hrs                    18.00 FICA         96.37    616.25 ANNUITY    100.70      620.10
                                 PA           38.67    247.30 DC57 LMCI    5.32       26.04
REGULAR       1259.70    7160.40 BELLE VERN   12.60     80.55 HEALTH+WEL 387.60     2386.80
LODGING         90.00     450.00 DC57/.10      3.80     23.40 LOCAL APPR  26.22      128.34
OVERTIME                  895.05 PA UC DED     0.76      4.85 NAT APPREN   3.80       18.60
                                 LU#6-4.5%    56.69    362.50 NAT LMCI    3.80       18.60
               Hours   Pay Rate  CHILD SUPP            76.15 PENSION    234.84     1446.12
REGULAR         38.00    33.15   LOANS                200.00

              Current      YTD                         TOT DED          352.60     2590.85
GROSS $       1349.70    8505.45                       NET PAY          997.10     5914.60
CURRENT PAY   1349.70
```

ALMEGA COMPANY, INC.                                                                18027

EMPLOYEE K051209    BRYAN K. KELLY                         ******-3240    Check 18027
                                                                        Week Ending:

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | | FIT | | | | |
| Ovt Hrs | 8.00 | | FICA | | | | |
| | | | PA | | | | |
| OVERTIME | 406.46 | | BELLE VERN | | NAT APPREN | | |
| REGULAR | 1354.50 | 8514.90 | PA UC DED | | NAT LMCI | | |
| LODGING | 120.00 | 570.00 | DC ORGANIZ | | HEALTH-WEL | | |
| | | | LU#6-4.58 | | PENSION | | |
| | Hours | Pay Rate | CHILD SUPP | | | | |
| OVERTIME | 7.00 | 80.33 | LOANS | | | | |
| REGULAR | 30.00 | 33.55 | | | | | |
| OVERTIME | 1.00 | 83.20 | | | | | |
| | Current | YTD | | | TOT DED | 144.00 | 3185.57 |
| GROSS $ | 1878.98 | 10984.43 | | | NET PAY | 1534.76 | 7848.86 |
| CURRENT PAY | 1878.98 | | | | | | |

ALMEGA COMPANY, INC.                                                                18038

EMPLOYEE K051209    BRYAN K. KELLY                         ******-3240    Check 18038
                                                                        Week Ending: 06/14/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 296.00 | FIT | | 1400.96 DC#57-POL | | 26.20 |
| Ovt Hrs | | 26.00 | FICA | 103.82 | 874.96 | | |
| | | | PA | 41.66 | 351.12 FRINGES | | |
| REGULAR | 1354.50 | 9869.40 | BELLE VERN | 13.55 | 114.37 ANNUITY | 24.00 | 864.10 |
| LODGING | 90.00 | 660.00 | PA UC DED | 0.81 | 6.88 DC57 LMCI | 5.40 | 37.51 |
| OVERTIME | | 1299.53 | DC ORGANIZ | 1.00 | 2.40 HEALTH-WEL | 426.00 | 3324.00 |
| | | | IU ADM DED | 2.00 | 2.00 LOCAL APPR | 14.40 | 177.30 |
| | Hours | Pay Rate | LU#6-4.68 | 60.96 | 502.62 NAT APPREN | 2.00 | 25.40 |
| REGULAR | 30.00 | 33.55 | POL ACTION | 2.00 | 2.00 NAT LMCI | 2.00 | 25.40 |
| REGULAR | 10.00 | 34.80 | CHILD SUPP | | 76.15 PENSION | 250.00 | 1996.11 |
| | | | LOANS | | 200.00 | | |
| | Current | YTD | | | TOT DED | 391.09 | 3526.66 |
| GROSS $ | 1444.50 | 11828.93 | | | NET PAY | 1053.41 | 8302.27 |
| CURRENT PAY | 1444.50 | | | | | | |

ALMEGA COMPANY, INC.                                                                18055

EMPLOYEE K051209    BRYAN K. KELLY                         ******-3240    Check 18055    06/22/20
                                                                        Week Ending: 06/21/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 8.00 | 304.00 | FIT | 2.99 | 1400.96 DC#57-POL | | 26.20 |
| Ovt Hrs | | 26.00 | FICA | 20.53 | 874.96 | | |
| | | | PA | 8.24 | 351.12 FRINGES | | |
| REGULAR | 268.40 | 10137.80 | BELLE VERN | 2.68 | 114.37 ANNUITY | 24.00 | 908.10 |
| FIELD EXP | 38.00 | 38.00 | PA UC DED | 0.16 | 6.88 DC57 LMCI | 1.36 | 38.98 |
| OVERTIME | | 1299.53 | DC ORGANIZ | 0.40 | 2.40 HEALTH+WEL | 85.20 | 3409.20 |
| LODGING | | 660.00 | IU ADM DED | 0.40 | 2.40 LOCAL APPR | 5.76 | 183.06 |
| | | | LU#6-4.58 | 12.08 | 514.70 NAT APPREN | 0.80 | 26.20 |
| | Hours | Pay Rate | POL ACTION | 0.40 | 2.40 NAT LMCI | 0.80 | 26.20 |
| REGULAR | 8.00 | 33.55 | CHILD SUPP | | 76.15 PENSION | 50.00 | 2046.12 |
| | | | LOANS | | 200.00 | | |
| | Current | YTD | | | TOT DED | 47.85 | 3574.34 |
| GROSS $ | 306.40 | 12135.33 | | | NET PAY | 258.55 | 8561.15 |
| CURRENT PAY | 306.40 | | | | | | |

## ALMEGA COMPANY, INC.

**18064**

EMPLOYEE #51209    BRYAN M. KELLY

***-**-3240   Check 18063   06/29/20
Week Ending: 06/28/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 344.00 | FIT | 239.32 | 1640.28 | DC#57-POL | | 28.20 |
| Ovt Hrs | 0.00 | 33.00 | FICA | 129.61 | 1094.57 | | | |
| | | | PA | 52.01 | 403.13 | FRINGES | | |
| OVERTIME | 381.05 | 1681.61 | BELLE VERN | 16.94 | 131.31 | ANNUITY | 141.00 | 1049.10 |
| REGULAR | 1342.00 | 11479.80 | PA UC DED | 1.02 | 7.90 | DC57 LMCI | 7.99 | 46.95 |
| LODGING | 135.00 | 780.00 | DC ORGANIZ | 2.35 | 4.75 | HEALTH+WEL | 500.55 | 3909.75 |
| FIELD EXP | | 38.00 | IU ADM DED | 2.35 | 4.75 | LOCAL APPR | 33.84 | 216.90 |
| | | | LU#6-4.5% | 76.24 | 590.94 | NAT APPREN | 4.70 | 30.90 |
| | Hours | Pay Rate | POL ACTION | 2.35 | 4.75 | NAT LMCI | 4.70 | 30.90 |
| OVERTIME | 7.00 | 50.33 | CHILD SUPP | | 76.15 | PENSION | 293.75 | 2339.87 |
| REGULAR | 40.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 522.19 | 4096.73 |
| GROSS $ | 1814.28 | 13949.81 | | | | NET PAY | 1292.09 | 9852.88 |
| CURRENT PAY | 1814.28 | | | | | | | |

## ALMEGA COMPANY, INC.

**18076**

EMPLOYEE #51209    BRYAN M. KELLY

***-**-3240   Check 18076   07/06/20
Week Ending: 07/05/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 33.00 | 377.00 | FIT | 124.38 | 1764.66 | DC#57-POL | | 28.20 |
| Ovt Hrs | 1.00 | 34.00 | FICA | 69.65 | 1094.22 | | | |
| | | | PA | 35.98 | 439.11 | FRINGES | | |
| OVERTIME | 52.20 | 1704.31 | BELLE VERN | 11.72 | 143.03 | ANNUITY | 102.00 | 1151.10 |
| REGULAR | 1119.65 | 12599.45 | PA UC DED | 0.70 | 8.60 | DC57 LMCI | 5.78 | 52.73 |
| LODGING | 120.00 | 900.00 | DC ORGANIZ | 1.70 | 6.45 | HEALTH+WEL | 362.10 | 4271.85 |
| FIELD EXP | | 38.00 | IU ADM DED | 1.70 | 6.45 | LOCAL APPR | 24.48 | 241.38 |
| | | | LU#6-4.5% | 52.73 | 643.67 | NAT APPREN | 3.40 | 34.30 |
| | Hours | Pay Rate | POL ACTION | 1.70 | 6.45 | NAT LMCI | 3.40 | 34.30 |
| REGULAR | 23.00 | 33.55 | CHILD SUPP | | 76.15 | PENSION | 212.50 | 2552.37 |
| OVERTIME | 1.00 | 52.20 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 320.26 | 4416.99 |
| GROSS $ | 1291.85 | 15241.46 | | | | NET PAY | 971.59 | 10824.47 |
| CURRENT PAY | 1291.85 | | | | | | | |

## ALMEGA COMPANY, INC.

**18090**

EMPLOYEE #51209    BRYAN M. KELLY

***-**-3240   Check 18090   07/13/20
Week Ending: 07/12/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 417.00 | FIT | 250.39 | 2015.05 | DC#57-POL | | 28.20 |
| Ovt Hrs | 8.00 | 42.00 | FICA | 133.46 | 1227.68 | | | |
| | | | PA | 53.56 | 492.67 | FRINGES | | |
| OVERTIME | 402.60 | 2106.91 | BELLE VERN | 17.45 | 160.48 | ANNUITY | 144.00 | 1295.10 |
| REGULAR | 1342.00 | 13941.45 | PA UC DED | 1.05 | 9.65 | DC57 LMCI | 8.16 | 60.89 |
| LODGING | 90.00 | 990.00 | DC ORGANIZ | 2.40 | 8.85 | HEALTH+WEL | 511.20 | 4783.05 |
| FIELD EXP | | 38.00 | IU ADM DED | 2.40 | 8.85 | LOCAL APPR | 34.56 | 275.94 |
| | | | LU#6-4.5% | 78.51 | 722.18 | NAT APPREN | 4.80 | 39.10 |
| | Hours | Pay Rate | POL ACTION | 2.40 | 8.85 | NAT LMCI | 4.80 | 39.10 |
| OVERTIME | 8.00 | 50.33 | CHILD SUPP | | 76.15 | PENSION | 300.00 | 2852.37 |
| REGULAR | 40.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 541.62 | 4958.61 |
| GROSS $ | 1834.60 | 17076.06 | | | | NET PAY | 1292.98 | 12117.45 |
| CURRENT PAY | 1834.60 | | | | | | | |

## ALMEGA COMPANY, INC.

**18116**

EMPLOYEE K051209    BRYAN K. KELLY                          ***-**-3240    Check 18116    07/27/20
                                                                           Week Ending: 07/26/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 35.00 | 497.00 | FIT | 213.48 | 2460.47 | DC#57-POL | | 28.20 |
| Ovt Hrs | 8.00 | 53.00 | FICA | 120.63 | 1475.36 | | | |
| | | | PA | 48.41 | 592.06 | FRINGES | | |
| OVERTIME | 402.60 | 2660.19 | BELLE VERN | 15.77 | 192.86 | ANNUITY | 129.00 | 1566.10 |
| REGULAR | 1174.25 | 16625.45 | CHILD SUPP | 76.15 | 228.45 | DC57 LMCI | 7.31 | 76.36 |
| LODGING | 120.00 | 1230.00 | PA UC DED | 0.95 | 11.60 | HEALTH+WEL | 457.95 | 5752.20 |
| FIELD EXP | | 38.00 | DC ORGANIZ | 2.15 | 13.40 | LOCAL APPR | 30.96 | 341.46 |
| | | | IU ADM DED | 2.15 | 13.40 | NAT APPREN | 4.30 | 48.20 |
| | Hours | Pay Rate | LU#6-4.5% | 70.96 | 867.87 | NAT LMCI | 4.30 | 48.20 |
| OVERTIME | 8.00 | 50.33 | POL ACTION | 2.15 | 13.40 | PENSION | 268.75 | 3421.12 |
| REGULAR | 35.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 552.80 | 6097.07 |
| GROSS $ | 1696.85 | 20553.64 | | | | NET PAY | 1144.05 | 14456.57 |
| CURRENT PAY | 1696.85 | | | | | | | |

## ALMEGA COMPANY, INC.

**18147**

EMPLOYEE K051209    BRYAN K. KELLY                          ***-**-3240    Check 18147    08/10/20
                                                                           Week Ending: 08/09/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 537.00 | FIT | 250.39 | 2710.86 | DC#57-POL | | 28.20 |
| Ovt Hrs | 8.00 | 61.00 | FICA | 133.46 | 1608.82 | | | |
| | | | PA | 53.56 | 645.62 | FRINGES | | |
| OVERTIME | 402.60 | 3062.79 | BELLE VERN | 17.45 | 210.31 | ANNUITY | 144.00 | 1712.10 |
| REGULAR | 1342.00 | 17967.45 | CHILD SUPP | 76.15 | 304.60 | DC57 LMCI | 8.16 | 84.52 |
| LODGING | 120.00 | 1350.00 | PA UC DED | 1.05 | 12.65 | HEALTH+WEL | 511.20 | 6263.40 |
| FIELD EXP | | 38.00 | DC ORGANIZ | 2.40 | 15.80 | LOCAL APPR | 34.56 | 376.02 |
| | | | IU ADM DED | 2.40 | 15.80 | NAT APPREN | 4.80 | 53.00 |
| | Hours | Pay Rate | LU#6-4.5% | 78.51 | 946.38 | NAT LMCI | 4.80 | 53.00 |
| OVERTIME | 8.00 | 50.33 | POL ACTION | 2.40 | 15.80 | PENSION | 300.00 | 3721.12 |
| REGULAR | 40.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 617.77 | 6714.84 |
| GROSS $ | 1864.60 | 22418.24 | | | | NET PAY | 1246.83 | 15703.40 |
| CURRENT PAY | 1864.60 | | | | | | | |

## ALMEGA COMPANY, INC.

**18162**

EMPLOYEE K051209    BRYAN K. KELLY                          ***-**-3240    Check 18162    08/17/20
                                                                           Week Ending: 08/16/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 29.00 | 566.00 | FIT | 84.34 | 2795.20 | DC#57-POL | | 28.20 |
| Ovt Hrs | | 61.00 | FICA | 74.43 | 1683.25 | | | |
| | | | PA | 29.87 | 675.49 | FRINGES | | |
| REGULAR | 972.95 | 18940.40 | BELLE VERN | 9.73 | 220.04 | ANNUITY | 87.00 | 1799.10 |
| LODGING | 60.00 | 1410.00 | CHILD SUPP | 76.15 | 380.75 | DC57 LMCI | 4.93 | 89.45 |
| FIELD EXP | | 38.00 | PA UC DED | 0.58 | 13.23 | HEALTH+WEL | 309.85 | 6572.25 |
| OVERTIME | | 3062.79 | DC ORGANIZ | 1.45 | 17.25 | LOCAL APPR | 20.88 | 396.90 |
| | | | IU ADM DED | 1.45 | 17.25 | NAT APPREN | 2.90 | 55.90 |
| | Hours | Pay Rate | LU#6-4.5% | 43.78 | 990.16 | NAT LMCI | 2.90 | 55.90 |
| REGULAR | 29.00 | 33.55 | POL ACTION | 1.45 | 17.25 | PENSION | 181.25 | 3902.37 |
| | | | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 323.33 | 7018.07 |
| GROSS $ | 1032.95 | 23451.19 | | | | NET PAY | 709.62 | 16413.12 |
| CURRENT PAY | 1032.95 | | | | | | | |

Statement of Earnings - Non-Negotiable

| 1PT010KELL | | | | | | | |
|---|---|---|---|---|---|---|---|

Pennsylvania Chemicals  
105356    BRYAN K KELLY  
Pay Date:    10/15/2020  
Pay Period:  10/05/2020 - 10/11/2020  
Base Rate as of 10/05/2020:   33.55  

Great Arrow Builders LLC  
1413 9TH AVE  
Beaver Falls, PA 15010-4106  

TOTAL NET PAYMENT    538.47

| EARNINGS | HOURS | RATE | MO/DA | CURRENT | | | YTD |
|---|---|---|---|---|---|---|---|
| Straight Time | 1.00 | 36.55 | 10/05 | 36.55 | | | |
| Straight Time | 10.00 | 36.55 | 10/08 | 365.50 | | | |
| Straight Time | 8.00 | 36.55 | 10/09 | 292.40 | | | |
| Site Allowance | 3.00 | | | 42.00 | | | |
| TOTAL GROSS | 22.00 | | | 736.45 | | | 4,485.25 |

| TAXES | Mar Sts | Nbr Alw | Add Amt | CUR-TAXABLE | CUR-TAX | YTD-TAXABLE | YTD-TAX |
|---|---|---|---|---|---|---|---|
| AUTHORITY | | | | | | | |
| FED Withholdin | HH | 00 | | 736.45 | | 4,485.25 | 195.30- |
| FED EE Social | | | | 736.45 | 15.66- | 4,485.25 | 278.09- |
| FED EE Medicar | | | | 736.45 | 10.68- | 4,485.25 | 65.04- |
| PA Withholdin | S | 00 | | 736.45 | 22.61- | 4,485.25 | 137.70- |
| PA EE Unemplo | | | | 736.45 | 0.44- | 4,485.25 | 2.69- |
| PA44Withholdin | S | 00 | | 736.45 | 7.36- | 4,485.25 | 44.85- |
| PBNALocal Serv | | | | 736.45 | 0.98- | 4,385.25 | 3.92- |
| TOTAL TAXES | | | | | 87.73- | | 727.59- |

| AFTER TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| Political Action | 0.95- | 5.75- |
| Org Fund | 0.95- | 5.75- |
| Child Support | 76.15- | 304.60- |
| IU Dues | 0.95- | 5.75- |
| Union Dues | 31.25- | 189.15- |
| TOTAL AFTER TAX DEDUCTIONS | 110.25- | 511.00- |

TOTAL NET PAYMENT ON THIS STATEMENT:    538.47

---

| 1PT010KELL | Statement of Earnings - Non-Negotiable | |
|---|---|---|

Pennsylvania Chemicals  
105356    BRYAN K KELLY  
Pay Date:    10/01/2020  
Pay Period:  09/21/2020 - 09/27/2020  
Base Rate as of 09/21/2020:   33.55  

Great Arrow Builders LLC  
1413 9TH AVE  
Beaver Falls, PA 15010-4106  

TOTAL NET PAYMENT    1,042.71

| EARNINGS | HOURS | RATE | MO/DA | CURRENT | | | YTD |
|---|---|---|---|---|---|---|---|
| Straight Time | 10.00 | 36.55 | 09/21 | 365.50 | | | |
| Straight Time | 10.00 | 36.55 | 09/23 | 365.50 | | | |
| Straight Time | 10.00 | 36.55 | 09/24 | 365.50 | | | |
| Straight Time | 8.00 | 36.55 | 09/25 | 292.40 | | | |
| Site Allowance | 4.00 | | | 56.00 | | | |
| TOTAL GROSS | 42.00 | | | 1,444.90 | | | 2,989.80 |

| TAXES | Mar Sts | Nbr Alw | Add Amt | CUR-TAXABLE | CUR-TAX | YTD-TAXABLE | YTD-TAX |
|---|---|---|---|---|---|---|---|
| AUTHORITY | | | | | | | |
| FED Withholdin | HH | 00 | | 1,444.90 | 86.65- | 2,989.80 | 195.30- |
| FED EE Social | | | | 1,444.90 | 89.59- | 2,989.80 | 185.37- |
| FED EE Medicar | | | | 1,444.90 | 20.95- | 2,989.80 | 43.35- |
| PA Withholdin | S | 00 | | 1,444.90 | 44.36- | 2,989.80 | 91.79- |
| PA EE Unemplo | | | | 1,444.90 | 0.86- | 2,989.80 | 1.79- |
| PA44Withholdin | S | 00 | | 1,444.90 | 14.45- | 2,989.80 | 29.90- |
| PBNALocal Serv | | | | 1,444.90 | 0.98- | 2,889.80 | 1.96- |
| TOTAL TAXES | | | | | 257.84- | | 549.46- |

| AFTER TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| Political Action | 1.90- | 3.80- |
| Org Fund | 1.90- | 3.80- |
| Child Support | 76.15- | 152.30- |
| IU Dues | 1.90- | 3.80- |
| Union Dues | 62.50- | 125.00- |
| TOTAL AFTER TAX DEDUCTIONS | 144.35- | 288.70- |

TOTAL NET PAYMENT ON THIS STATEMENT:    1,042.71