## ALMEGA COMPANY, INC. — 17947

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 17947    03/23/20
Week Ending: 03/22/20

| Hrs/Earnings | Current | YTD | Deduction | Current | YTD | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 40.00 | FIT | 180.18 | 180.18 | FRINGES | | |
| Ovt Hrs | 2.00 | 2.00 | FICA | 109.05 | 109.05 | ANNUITY | 111.30 | 111.30 |
| | | | PA | 43.76 | 43.76 | DC57 LMCI | 5.88 | 5.88 |
| OVERTIME | 99.45 | 99.45 | BELLE VERN | 14.25 | 14.25 | HEALTH+WEL | 428.40 | 428.40 |
| REGULAR | 1326.00 | 1326.00 | LOANS | 200.00 | 200.00 | LOCAL APPR | 28.98 | 28.98 |
| LODGING | 150.00 | 150.00 | DC57/.10 | 4.20 | 4.20 | NAT APPREN | 4.20 | 4.20 |
| | | | PA UC DED | 0.86 | 0.86 | NAT LMCI | 4.20 | 4.20 |
| | Hours | Pay Rate | LU#6-4.5% | 64.15 | 64.15 | PENSION | 259.56 | 259.56 |
| OVERTIME | 2.00 | 49.73 | | | | | | |
| REGULAR | 40.00 | 33.15 | | | | | | |

*Paid in full

|  | Current | YTD |
|---|---|---|
| GROSS $ | 1575.45 | 1575.45 |
| CURRENT PAY | 1575.45 | |
| TOT DED | 616.45 | 616.45 |
| NET PAY | 959.00 | 959.00 |

## ALMEGA COMPANY, INC. — 17970

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 17970    05/04/20
Week Ending: 05/03/20

| Hrs/Earnings | Current | YTD | Deduction | Current | YTD | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 80.00 | FIT | 158.30 | 338.48 | FRINGES | | |
| Ovt Hrs | | 2.00 | FICA | 101.44 | 210.49 | ANNUITY | 106.00 | 217.30 |
| | | | PA | 40.71 | 84.47 | HEALTH+WEL | 408.00 | 836.40 |
| REGULAR | 1326.00 | 2652.00 | BELLE VERN | 13.26 | 27.51 | PENSION | 247.20 | 506.76 |
| OVERTIME | | 99.45 | CHILD SUPP | 76.15 | 76.15 | DC57 LMCI | | 5.88 |
| LODGING | | 150.00 | DC57/.10 | 4.00 | 8.20 | LOCAL APPR | | 28.98 |
| | | | PA UC DED | 0.80 | 1.66 | NAT APPREN | | 4.20 |
| | Hours | Pay Rate | LU#6-4.5% | 59.67 | 123.82 | NAT LMCI | | 4.20 |
| REGULAR | 40.00 | 33.15 | LOANS | 200.00 | | | | |

|  | Current | YTD |
|---|---|---|
| GROSS $ | 1326.00 | 2901.45 |
| CURRENT PAY | 1326.00 | |
| TOT DED | 454.33 | 1070.78 |
| NET PAY | 871.67 | 1830.67 |

## ALMEGA COMPANY, INC. — 17982

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 17982    05/11/20
Week Ending: 05/10/20

| Hrs/Earnings | Current | YTD | Deduction | Current | YTD | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 28.00 | 108.00 | FIT | 78.97 | 417.45 | FRINGES | | |
| Ovt Hrs | | 2.00 | FICA | 71.01 | 281.50 | ANNUITY | 74.20 | 291.50 |
| | | | PA | 28.50 | 112.97 | DC57 LMCI | 2.80 | 8.68 |
| REGULAR | 928.20 | 3580.20 | BELLE VERN | 9.28 | 36.79 | HEALTH+WEL | 285.60 | 1122.00 |
| OVERTIME | | 99.45 | DC57/.10 | 2.80 | 11.00 | LOCAL APPR | 13.80 | 42.78 |
| LODGING | | 150.00 | PA UC DED | 0.56 | 2.22 | NAT APPREN | 2.00 | 6.20 |
| | | | LU#6-4.5% | 41.77 | 165.59 | NAT LMCI | 2.00 | 6.20 |
| | Hours | Pay Rate | CHILD SUPP | | 76.15 | PENSION | 173.04 | 679.80 |
| REGULAR | 28.00 | 33.15 | LOANS | 200.00 | | | | |

|  | Current | YTD |
|---|---|---|
| GROSS $ | 928.20 | 3829.65 |
| CURRENT PAY | 928.20 | |
| TOT DED | 232.89 | 1303.67 |
| NET PAY | 695.31 | 2525.98 |

## ALMEGA COMPANY, INC. — 17991

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 17991    05/18/20
Week Ending: 05/17/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 148.00 | FIT | 245.81 | 663.26 | FRINGES | | |
| Ovt Hrs | 8.00 | 10.00 | FICA | 131.87 | 413.37 | ANNUITY | 127.20 | 418.70 |
| | | | PA | 52.92 | 165.89 | DC57 LMCI | 6.72 | 15.40 |
| OVERTIME | 397.80 | 497.25 | BELLE VERN | 17.24 | 54.03 | HEALTH+WEL | 489.60 | 1611.60 |
| REGULAR | 1326.00 | 4906.20 | DC57/.10 | 4.80 | 15.80 | LOCAL APPR | 33.12 | 75.90 |
| LODGING | 120.00 | 270.00 | PA UC DED | 1.03 | 3.25 | NAT APPREN | 4.80 | 11.00 |
| | | | LU#6-4.5% | 77.57 | 243.16 | NAT LMCI | 4.80 | 11.00 |
| | Hours | Pay Rate | CHILD SUPP | | 76.15 | PENSION | 296.64 | 976.44 |
| OVERTIME | 8.00 | 49.73 | LOANS | 200.00 | | | | |
| REGULAR | 40.00 | 33.15 | | | | | | |

| | Current | YTD | | | | TOT DED | 531.24 | 1834.91 |
|---|---|---|---|---|---|---|---|---|
| GROSS $ | 1843.80 | 5673.45 | | | | NET PAY | 1312.56 | 3838.54 |
| CURRENT PAY | 1843.80 | | | | | | | |

To Reorder visit www.dswebtopnnt.com/foundation

---

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 18009    05/25/20
Week Ending: 05/24/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 30.00 | 178.00 | FIT | 172.88 | 836.14 | FRINGES | | |
| Ovt Hrs | 8.00 | 18.00 | FICA | 106.51 | 519.88 | ANNUITY | 100.70 | 519.40 |
| | | | PA | 42.74 | 208.63 | DC57 LMCI | 5.32 | 20.72 |
| OVERTIME | 397.80 | 895.05 | BELLE VERN | 13.92 | 67.95 | HEALTH+WEL | 387.60 | 1999.20 |
| REGULAR | 994.50 | 5900.70 | DC57/.10 | 3.80 | 19.60 | LOCAL APPR | 26.22 | 102.12 |
| LODGING | 90.00 | 360.00 | PA UC DED | 0.84 | 4.09 | NAT APPREN | 3.80 | 14.80 |
| | | | LU#6-4.5% | 62.65 | 305.81 | NAT LMCI | 3.80 | 14.80 |
| | Hours | Pay Rate | CHILD SUPP | | 76.15 | PENSION | 234.84 | 1211.28 |
| OVERTIME | 8.00 | 49.73 | LOANS | 200.00 | | | | |
| REGULAR | 30.00 | 33.15 | | | | | | |

| | Current | YTD | | | | TOT DED | 403.34 | 2238.25 |
|---|---|---|---|---|---|---|---|---|
| GROSS $ | 1482.30 | 7155.75 | | | | NET PAY | 1078.96 | 4917.50 |
| CURRENT PAY | 1482.30 | | | | | | | |

---

## ALMEGA COMPANY, INC. — 18014

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 18014    06/01/20
Week Ending: 05/31/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 38.00 | 216.00 | FIT | 143.71 | 979.85 | FRINGES | | |
| Ovt Hrs | | 18.00 | FICA | 96.37 | 616.25 | ANNUITY | 100.70 | 620.10 |
| | | | PA | 38.67 | 247.30 | DC57 LMCI | 5.32 | 26.04 |
| REGULAR | 1259.70 | 7160.40 | BELLE VERN | 12.60 | 80.55 | HEALTH+WEL | 387.60 | 2386.80 |
| LODGING | 90.00 | 450.00 | DC57/.10 | 3.80 | 23.40 | LOCAL APPR | 26.22 | 128.34 |
| OVERTIME | | 895.05 | PA UC DED | 0.76 | 4.85 | NAT APPREN | 3.80 | 18.60 |
| | | | LU#6-4.5% | 56.69 | 362.50 | NAT LMCI | 3.80 | 18.60 |
| | Hours | Pay Rate | CHILD SUPP | | 76.15 | PENSION | 234.84 | 1446.12 |
| REGULAR | 38.00 | 33.15 | LOANS | 200.00 | | | | |

| | Current | YTD | | | | TOT DED | 352.60 | 2590.85 |
|---|---|---|---|---|---|---|---|---|
| GROSS $ | 1349.70 | 8505.45 | | | | NET PAY | 997.10 | 5914.60 |
| CURRENT PAY | 1349.70 | | | | | | | |

### ALMEGA COMPANY, INC.                                                                                    18027

EMPLOYEE K051209    BRYAN K. KELLY

| Hrs/Earnings | Current | YTD | Deduction | Current | YtdDeduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | | FIT | | | | |
| Ovt Hrs | 6.00 | | FICA | | | | |
| | | | PA | | | | |
| OVERTIME | 454.46 | | BELLE VERN | | | | |
| REGULAR | 1354.50 | | PA UC DED | | | | |
| LODGING | 120.00 | 570.00 | DC ORGANIZ | | | | |
| | | | LU#6-4.58 | | | | |
| | Hours | Pay Rate | CHILD SUPP | | | | |
| OVERTIME | 7.00 | 80.33 | LOANS | | | | |
| REGULAR | 30.00 | 33.55 | | | | | |
| OVERTIME | 1.00 | 53.20 | | | | | |
| | Current | YTD | | | NET PAY | 1444.50 | |
| GROSS $ | 1878.98 | 10384.43 | | | | | |
| CURRENT PAY | 1878.98 | | | | | | |

### ALMEGA COMPANY, INC.                                                                                    18038

EMPLOYEE K051209    BRYAN K. KELLY

| Hrs/Earnings | Current | YTD | Deduction | Current | YtdDeduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 296.00 | FIT | | | | 26.20 |
| Ovt Hrs | | 26.00 | FICA | 103.62 | 874.96 | | |
| | | | PA | 41.05 | 351.88 | FRINGES | | |
| REGULAR | 1354.50 | 9869.40 | BELLE VERN | 13.95 | 111.64 | ANNUITY | 220.00 | 864.12 |
| LODGING | 90.00 | 660.00 | PA UC DED | 0.81 | 6.71 | DC57 LMCI | 5.40 | 37.61 |
| OVERTIME | | 1299.53 | DC ORGANIZ | 1.80 | 2.40 | HEALTH+WEL | 426.00 | 3324.00 |
| | | | IU ADM DED | 2.00 | 2.00 | LOCAL APPR | 14.40 | 177.30 |
| | Hours | Pay Rate | LU#6-4.58 | 60.96 | 502.62 | NAT APPREN | 2.00 | 25.40 |
| REGULAR | 30.00 | 33.55 | POL ACTION | 2.00 | 2.00 | NAT LMCI | 2.00 | 25.40 |
| REGULAR | 10.00 | 34.80 | CHILD SUPP | | 76.15 | PENSION | 250.00 | 1996.11 |
| | | | LOANS | 200.00 | | | | |
| | Current | YTD | | | TOT DED | 391.09 | 5326.66 |
| GROSS $ | 1444.50 | 11828.93 | | | NET PAY | 1053.41 | 6302.27 |
| CURRENT PAY | 1444.50 | | | | | | |

### ALMEGA COMPANY, INC.                                                                                    18055

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 18055    06/22/20
                                                                              Week Ending: 06/21/20

| Hrs/Earnings | Current | YTD | Deduction | Current | YtdDeduction | Current | YTD |
|---|---|---|---|---|---|---|---|
| Reg Hrs | 8.00 | 304.00 | FIT | 2.99 | 1400.96 | DC#57-POL | | 26.20 |
| Ovt Hrs | | 26.00 | FICA | 20.53 | 874.96 | | | |
| | | | PA | 8.24 | 351.12 | FRINGES | | |
| REGULAR | 268.40 | 10137.80 | BELLE VERN | 2.68 | 114.37 | ANNUITY | 24.00 | 908.10 |
| FIELD EXP | 38.00 | 38.00 | PA UC DED | 0.16 | 6.88 | DC57 LMCI | 1.36 | 38.96 |
| OVERTIME | | 1299.53 | DC ORGANIZ | 0.40 | 2.40 | HEALTH+WEL | 85.20 | 3409.20 |
| LODGING | | 660.00 | IU ADM DED | 0.40 | 2.40 | LOCAL APPR | 5.76 | 183.06 |
| | | | LU#6-4.58 | 12.08 | 514.70 | NAT APPREN | 0.80 | 26.20 |
| | Hours | Pay Rate | POL ACTION | 0.40 | 2.40 | NAT LMCI | 0.80 | 26.20 |
| REGULAR | 8.00 | 33.55 | CHILD SUPP | | 76.15 | PENSION | 50.00 | 2046.11 |
| | | | LOANS | 200.00 | | | | |
| | Current | YTD | | | TOT DED | 47.86 | 5574.80 |
| GROSS $ | 306.40 | 12135.33 | | | NET PAY | 258.54 | 6560.53 |
| CURRENT PAY | 306.40 | | | | | | |

## Check 18064

ALMEGA COMPANY, INC.

EMPLOYEE #051209    BRYAN K. KELLY           ***-**-3240   Check 18063    06/29/20
                                                           Week Ending: 06/28/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 844.00 | FIT | 239.32 | 1640.28 | DC#57-POL | | 28.20 |
| Ovt Hrs | 7.00 | 93.00 | FICA | 129.61 | 1004.57 | | | |
| | | | PA | 52.01 | 403.13 | FRINGES | | |
| OVERTIME | 350.03 | 1651.61 | BELLE VERN | 16.94 | 131.31 | ANNUITY | 141.00 | 1049.10 |
| REGULAR | 1340.00 | 11479.80 | PA UC DED | 1.02 | 7.90 | DC57 LMCI | 7.99 | 46.95 |
| LODGING | 120.00 | 780.00 | DC ORGANIZ | 2.35 | 4.75 | HEALTH+WEL | 500.55 | 3909.75 |
| FIELD EXP | | 38.00 | IU ADM DED | 2.35 | 4.75 | LOCAL APPR | 33.84 | 216.90 |
| | | | LU#6-4.5% | 76.24 | 590.94 | NAT APPREN | 4.70 | 30.90 |
| | Hours | Pay Rate | POL ACTION | 2.35 | 4.75 | NAT LMCI | 4.70 | 30.90 |
| OVERTIME | 7.00 | 50.33 | CHILD SUPP | | 76.15 | PENSION | 293.75 | 2339.87 |
| REGULAR | 40.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 522.19 | 4096.73 |
| GROSS $ | 1814.09 | 12949.81 | | | | NET PAY | 1292.09 | 9852.88 |
| CURRENT PAY | 1814.09 | | | | | | | |

## Check 18076

ALMEGA COMPANY, INC.

EMPLOYEE #051209    BRYAN K. KELLY           ***-**-3240   Check 18076    07/06/20
                                                           Week Ending: 07/05/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 23.00 | 877.00 | FIT | 124.38 | 1764.66 | DC#57-POL | | 28.20 |
| Ovt Hrs | 1.00 | 94.00 | FICA | 89.65 | 1094.22 | | | |
| | | | PA | 35.98 | 439.11 | FRINGES | | |
| OVERTIME | 52.20 | 1704.31 | BELLE VERN | 11.72 | 143.03 | ANNUITY | 102.00 | 1151.10 |
| REGULAR | 1119.65 | 12599.45 | PA UC DED | 0.70 | 8.60 | DC57 LMCI | 5.78 | 52.73 |
| LODGING | 120.00 | 900.00 | DC ORGANIZ | 1.70 | 6.45 | HEALTH+WEL | 362.10 | 4271.85 |
| FIELD EXP | | 38.00 | IU ADM DED | 1.70 | 6.45 | LOCAL APPR | 24.48 | 241.38 |
| | | | LU#6-4.5% | 52.73 | 643.67 | NAT APPREN | 3.40 | 34.30 |
| | Hours | Pay Rate | POL ACTION | 1.70 | 6.45 | NAT LMCI | 3.40 | 34.30 |
| REGULAR | 23.00 | 33.55 | CHILD SUPP | | 76.15 | PENSION | 212.50 | 2552.37 |
| OVERTIME | 1.00 | 52.20 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 320.26 | 4416.99 |
| GROSS $ | 1291.85 | 15241.46 | | | | NET PAY | 971.59 | 10824.47 |
| CURRENT PAY | 1291.85 | | | | | | | |

## Check 18090

ALMEGA COMPANY, INC.

EMPLOYEE #051209    BRYAN K. KELLY           ***-**-3240   Check 18090    07/13/20
                                                           Week Ending: 07/12/20

| Hrs/Earnings | Current | YTD | Deduction | Current | Ytd | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 917.00 | FIT | 250.39 | 2015.05 | DC#57-POL | | 28.20 |
| Ovt Hrs | 8.00 | 102.00 | FICA | 133.46 | 1227.68 | | | |
| | | | PA | 53.56 | 492.67 | FRINGES | | |
| OVERTIME | 402.60 | 2106.91 | BELLE VERN | 17.45 | 160.48 | ANNUITY | 144.00 | 1295.10 |
| REGULAR | 1342.00 | 13941.45 | PA UC DED | 1.05 | 9.65 | DC57 LMCI | 8.16 | 60.89 |
| LODGING | 90.00 | 990.00 | DC ORGANIZ | 2.40 | 8.85 | HEALTH+WEL | 511.20 | 4783.05 |
| FIELD EXP | | 38.00 | IU ADM DED | 2.40 | 8.85 | LOCAL APPR | 34.56 | 275.94 |
| | | | LU#6-4.5% | 78.51 | 722.18 | NAT APPREN | 4.80 | 39.10 |
| | Hours | Pay Rate | POL ACTION | 2.40 | 8.85 | NAT LMCI | 4.80 | 39.10 |
| OVERTIME | 8.00 | 50.33 | CHILD SUPP | | 76.15 | PENSION | 300.00 | 2852.37 |
| REGULAR | 40.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 541.62 | 4958.61 |
| GROSS $ | 1834.60 | 17076.06 | | | | NET PAY | 1292.98 | 12117.45 |

## ALMEGA COMPANY, INC. — Check 18116

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 18116    07/27/20
Week Ending: 07/26/20

| Hrs/Earnings | Current | YTD | Deduction | Current | YTD | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 35.00 | 497.00 | FIT | 213.48 | 2460.47 | DC#57-POL | | 28.20 |
| Ovt Hrs | 8.00 | 53.00 | FICA | 120.63 | 1475.36 | | | |
| | | | PA | 48.41 | 592.06 | FRINGES | | |
| OVERTIME | 402.60 | 2660.19 | BELLE VERN | 15.77 | 192.86 | ANNUITY | 129.00 | 1568.10 |
| REGULAR | 1174.25 | 16625.45 | CHILD SUPP | 76.15 | 228.45 | DC57 LMCI | 7.31 | 76.36 |
| LODGING | 120.00 | 1230.00 | PA UC DED | 0.95 | 11.60 | HEALTH+WEL | 457.95 | 5752.20 |
| FIELD EXP | | | DC ORGANIZ | 2.15 | 13.40 | LOCAL APPR | 30.96 | 341.46 |
| | | | IU ADM DED | 2.15 | 13.40 | NAT APPREN | 4.30 | 48.20 |
| | Hours | Pay Rate | LU#6-4.5% | 70.96 | 867.87 | NAT LMCI | 4.30 | 48.20 |
| OVERTIME | 8.00 | 50.33 | POL ACTION | 2.15 | 13.40 | PENSION | 268.75 | 3421.12 |
| REGULAR | 35.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 552.80 | 6097.07 |
| GROSS $ | 1696.85 | 20553.64 | | | | NET PAY | 1144.05 | 14456.57 |
| CURRENT PAY | 1696.85 | | | | | | | |

## ALMEGA COMPANY, INC. — Check 18147

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 18147    08/10/20
Week Ending: 08/09/20

| Hrs/Earnings | Current | YTD | Deduction | Current | YTD | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 40.00 | 537.00 | FIT | 250.39 | 2710.86 | DC#57-POL | | 28.20 |
| Ovt Hrs | 8.00 | 61.00 | FICA | 133.46 | 1608.82 | | | |
| | | | PA | 53.56 | 645.62 | FRINGES | | |
| OVERTIME | 402.60 | 3062.79 | BELLE VERN | 17.45 | 210.31 | ANNUITY | 144.00 | 1712.10 |
| REGULAR | 1342.00 | 17967.45 | CHILD SUPP | 76.15 | 304.60 | DC57 LMCI | 8.16 | 84.52 |
| LODGING | 120.00 | 1350.00 | PA UC DED | 1.05 | 12.65 | HEALTH+WEL | 511.20 | 6263.40 |
| FIELD EXP | | | DC ORGANIZ | 2.40 | 15.80 | LOCAL APPR | 34.56 | 376.02 |
| | | | IU ADM DED | 2.40 | 15.80 | NAT APPREN | 4.80 | 53.00 |
| | Hours | Pay Rate | LU#6-4.5% | 78.51 | 946.38 | NAT LMCI | 4.80 | 53.00 |
| OVERTIME | 8.00 | 50.33 | POL ACTION | 2.40 | 15.80 | PENSION | 300.00 | 3721.12 |
| REGULAR | 40.00 | 33.55 | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 617.77 | 6714.84 |
| GROSS $ | 1864.60 | 22418.24 | | | | NET PAY | 1246.83 | 15703.40 |
| CURRENT PAY | 1864.60 | | | | | | | |

## ALMEGA COMPANY, INC. — Check 18162

EMPLOYEE K051209    BRYAN K. KELLY    ***-**-3240    Check 18162    08/17/20
Week Ending: 08/16/20

| Hrs/Earnings | Current | YTD | Deduction | Current | YTD | Deduction | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hrs | 29.00 | 566.00 | FIT | 84.34 | 2795.20 | DC#57-POL | | 28.20 |
| Ovt Hrs | | 61.00 | FICA | 74.43 | 1683.25 | | | |
| | | | PA | 29.87 | 675.49 | FRINGES | | |
| REGULAR | 972.95 | 18940.40 | BELLE VERN | 9.73 | 220.04 | ANNUITY | 87.00 | 1799.10 |
| LODGING | 60.00 | 1410.00 | CHILD SUPP | 76.15 | 380.75 | DC57 LMCI | 4.93 | 89.45 |
| FIELD EXP | | 38.00 | PA UC DED | 0.58 | 13.23 | HEALTH+WEL | 308.85 | 6572.25 |
| OVERTIME | | 3062.79 | DC ORGANIZ | 1.45 | 17.25 | LOCAL APPR | 20.88 | 396.90 |
| | | | IU ADM DED | 1.45 | 17.25 | NAT APPREN | 2.90 | 55.90 |
| | Hours | Pay Rate | LU#6-4.5% | 43.78 | 990.16 | NAT LMCI | 2.90 | 55.90 |
| REGULAR | 29.00 | 33.55 | POL ACTION | 1.45 | 17.25 | PENSION | 181.25 | 3902.37 |
| | | | LOANS | | 200.00 | | | |
| | Current | YTD | | | | TOT DED | 323.23 | 7038.07 |
| GROSS $ | 1032.95 | 23451.19 | | | | NET PAY | 709.72 | 16413.12 |
| CURRENT PAY | 1032.95 | | | | | | | |

Statement of Earnings - Non-Negotiable

```
1PT010KELL

Pennsylvania Chemicals                              Great Arrow Builders LLC
105356      BRYAN K KELLY                           1413 9TH AVE
Pay Date:        10/15/2020                         Beaver Falls, PA 15010-4106
Pay Period:  10/05/2020  - 10/11/2020
Base Rate as of  10/05/2020:       33.55            TOTAL NET PAYMENT          538.47
```

| EARNINGS | HOURS | RATE | MO/DA | CURRENT | YTD |
|---|---|---|---|---|---|
| Straight Time | 1.00 | 36.55 | 10/05 | 36.55 | |
| Straight Time | 10.00 | 36.55 | 10/08 | 365.50 | |
| Straight Time | 8.00 | 36.55 | 10/09 | 292.40 | |
| Site Allowance | 3.00 | | | 42.00 | |
| TOTAL GROSS | 22.00 | | | 736.45 | 4,485.25 |

| TAXES AUTHORITY | Mar Sts | Nbr Alw | Add Amt | CUR-TAXABLE | CUR-TAX | YTD-TAXABLE | YTD-TAX |
|---|---|---|---|---|---|---|---|
| FED Withholdin | HH | 00 | | 736.45 | | 4,485.25 | 195.30- |
| FED EE Social | | | | 736.45 | 45.66- | 4,485.25 | 278.09- |
| FED EE Medicar | | | | 736.45 | 10.68- | 4,485.25 | 65.04- |
| PA  Withholdin | S | 00 | | 736.45 | 22.61- | 4,485.25 | 137.70- |
| PA  EE Unemplo | | | | 736.45 | 0.44- | 4,485.25 | 2.69- |
| PA44Withholdin | S | 00 | | 736.45 | 7.36- | 4,485.25 | 44.85- |
| PBNALocal Serv | | | | 736.45 | 0.98- | 4,385.25 | 3.92- |
| TOTAL TAXES | | | | | 87.73- | | 727.59- |

| AFTER TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| Political Action | 0.95- | 5.75- |
| Org Fund | 0.95- | 5.75- |
| Child Support | 76.15- | 304.60- |
| IU Dues | 0.95- | 5.75- |
| Union Dues | 31.25- | 189.15- |
| TOTAL AFTER TAX DEDUCTIONS | 110.25- | 511.00- |

TOTAL NET PAYMENT ON THIS STATEMENT:    538.47

---

Statement of Earnings - Non-Negotiable

```
1PT010KELL

Pennsylvania Chemicals                              Great Arrow Builders LLC
105356      BRYAN K KELLY                           1413 9TH AVE
Pay Date:        10/01/2020                         Beaver Falls, PA 15010-4106
Pay Period:  09/21/2020  - 09/27/2020
Base Rate as of  09/21/2020:       33.55            TOTAL NET PAYMENT        1,042.71
```

| EARNINGS | HOURS | RATE | MO/DA | CURRENT | YTD |
|---|---|---|---|---|---|
| Straight Time | 10.00 | 36.55 | 09/21 | 365.50 | |
| Straight Time | 10.00 | 36.55 | 09/23 | 365.50 | |
| Straight Time | 10.00 | 36.55 | 09/24 | 365.50 | |
| Straight Time | 8.00 | 36.55 | 09/25 | 292.40 | |
| Site Allowance | 4.00 | | | 56.00 | |
| TOTAL GROSS | 42.00 | | | 1,444.90 | 2,989.80 |

| TAXES AUTHORITY | Mar Sts | Nbr Alw | Add Amt | CUR-TAXABLE | CUR-TAX | YTD-TAXABLE | YTD-TAX |
|---|---|---|---|---|---|---|---|
| FED Withholdin | HH | 00 | | 1,444.90 | 86.65- | 2,989.80 | 195.30- |
| FED EE Social | | | | 1,444.90 | 89.59- | 2,989.80 | 185.37- |
| FED EE Medicar | | | | 1,444.90 | 20.95- | 2,989.80 | 43.35- |
| PA  Withholdin | S | 00 | | 1,444.90 | 44.36- | 2,989.80 | 91.79- |
| PA  EE Unemplo | | | | 1,444.90 | 0.86- | 2,989.80 | 1.79- |
| PA44Withholdin | S | 00 | | 1,444.90 | 14.45- | 2,989.80 | 29.90- |
| PBNALocal Serv | | | | 1,444.90 | 0.98- | 2,889.80 | 1.96- |
| TOTAL TAXES | | | | | 257.84- | | 549.46- |

| AFTER TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| Political Action | 1.90- | 3.80- |
| Org Fund | 1.90- | 3.80- |
| Child Support | 76.15- | 152.30- |
| IU Dues | 1.90- | 3.80- |
| Union Dues | 62.50- | 125.00- |
| TOTAL AFTER TAX DEDUCTIONS | 144.35- | 288.70- |

TOTAL NET PAYMENT ON THIS STATEMENT:    1,042.71