**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/12/20 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: ) | Bankruptcy No.: 20-22931-GLT |
| ) | |
| Bryan K. Kelly, ) | Document No.:  7 |
|     Debtor. ) | Chapter 13 |
| ) | |
| Bryan K. Kelly, ) | |
|     Movant, ) | |
| ) | |
|     v. ) | |
| ) | |
| 13/7, LLC ) | |
| Allegheny Health Network ) | |
| Arcadia Recovery Bureau, LLC ) | |
| Barclay's Bank Delaware ) | |
| Cavalry SPV I, LLC ) | |
| Chase Bank USA, N.A. ) | |
| Citizens Bank ) | |
| CKS Financial ) | |
| Client Services, Inc. ) | |
| Comcast ) | |
| Convergent Outsourcing ) | |
| Credit One Bank ) | |
| F.N.B. Consumer Discount Company ) | |
| Fayette County DRS ) | |
| First Premier Bank ) | |
| Jefferson Hills Surgical Specialist ) | |
| Lakeview Loan Servicing, LLC ) | |
| Lendmark Financial ) | |
| LVNV Funding, LLC ) | |
| Mariner Finance, LLC ) | |
| Office of Attorney General ) | |
| Office of UC Benefits ) | |
| One Main Financial ) | |
| PA SCDU ) | |
| Pendrick Capital Partners, LLC ) | |
| Peoples Natural Gas Company, LLC ) | |
| Phelan Hallinan Diamond & Jones, LLP ) | |
| Portfolio Recovery Associates, LLC ) | |
| PRA Receivables Management, LLC ) | |
| Premier Bankcard, LLC ) | |
| Regency Finance Company ) | |
| RUI Credit Services, Inc. ) | |
| Varius Holdings, LLC ) | |
| Verizon ) | |
| Wells Fargo Bank, N.A. ) | |
| XFinity ) | |
| U.S. Trustee and ) | |

{W0559049.1 }

Ronda J. Winnecour, Esquire
Chapter 13 Trustee,                    )
        Respondents.             )

## ORDER

**AND NOW**, this 12th day of November, 2020, upon consideration of the within Motion for Continuation of the Automatic Stay as to all Creditors, it is hereby **ORDERED, ADJUDGED** and **DECREED**, that the automatic stay provisions of 11 U.S.C. §362(a) are extended to all respondents for the duration of this chapter 13 proceeding or until such time as the automatic stay is terminated under 11 U.S.C §362(c)(1) or (c)(2), or a motion for relief is granted under §362(d) or until further Order of Court.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge    ljm

{W0559049.1}

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                       Case No. 20-22931-GLT
Bryan K. Kelly                                                                      Chapter 13
            Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: bsil                                              Page 1 of 2
Date Rcvd: Nov 12, 2020              Form ID: pdf900                                     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan K. Kelly, 514 Washington Street, Belle Vernon, PA 15012-1230 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15299124 | | Associated Credit Services, Inc., 115 Flanders Road, Suite 140, P.O. Box 5171, Westborough, MA 01581-5171 |
| 15299126 | + | Dynamic Recovery Solutions, 135 Interstate Blvd., Suite 6, Greenville, SC 29615-5720 |
| 15310307 | + | Fayette CO DRS, 22 E Main Street, Uniontown, PA 15401-3400 |
| 15310308 | + | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15310354 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15299127 | | MedExpress Billing, P.O. Box 14000, Belfast, ME 04915-4033 |
| 15310312 | + | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15299128 | | Office of UC Benefits, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 15299129 | + | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15310417 | + | Peoples Natural Gas Company LLC, c/o GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15307612 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 04:07:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15310304 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2020 04:26:00 | Cavalry SPV I, LLC, as Assignee of Synchrony Bank/Walmart, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15299822 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2020 04:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15310305 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2020 04:04:18 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15299125 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2020 04:04:17 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15310309 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 13 2020 04:26:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15301392 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 04:05:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15299130 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 04:07:36 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15310720 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 04:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15299390 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 04:05:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 15310303 | * | Associated Credit Services, Inc., 115 Flanders Road, Suite 140, P.O. Box 5171, Westborough, MA 01581-5171 |
| 15310306 | *+ | Dynamic Recovery Solutions, 135 Interstate Blvd., Suite 6, Greenville, SC 29615-5720 |
| 15310310 | * | LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15310311 | * | MedExpress Billing, P.O. Box 14000, Belfast, ME 04915-4033 |
| 15310313 | * | Office of UC Benefits, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 15310315 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15310314 | *+ | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15310316 | * | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Matthew M. Herron | on behalf of Debtor Bryan K. Kelly mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 5