*FILING FEE PAID*    (Yes)    No

FILED
12/8/20 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Kelly, Bryan**    JAD/TPA/CMB/(GLT)

Case Number: **20-22931**

Date of Meeting: **12 / 7 / 20**    A. Buchanan    Recording #_____

Debtor(s) present ___ or Not Present ___ ( ___ No Payments Made or ___ partial payments)
Attorney for debtor(s) **Herron, Matthew** (Present ✓ or Not Present ___)
Date of Plan at § 341: **11-11-2020**    Applicable commitment period ___ 3 yrs ___ 5 yrs

- DSO form needed
- Need 2019 tax return
- Provide proof of value
- Amend schedules — 2014 Toyota RAV4
  ↳ Amend Sch J

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting OR ___ Conciliation Conf. OR ___ *Contested Hearing
On **4/29/21** at **11:00** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee