**United States Bankruptcy Court**
**Western District of Pennsylvania**

In re  **Bryan K. Kelly**                                                                 Case No.  **20-22931-GLT**
                                         Debtor(s)                                        Chapter    **13**

## Notice of Change of Address for the Debtor

**My Mailing Address was previously listed as:**

Name:                **Bryan K. Kelly**

Street:              **514 Washington Street**

City, State and Zip: **Belle Vernon, PA 15012**


**Please be advised my new mailing address is:**

Name:                **Bryan K. Kelly**

Street:              **119 Tally Drive**

City, State and Zip: **Pittsburgh, PA 15237**


                                                                        */s/ Bryan K. Kelly*
                                                                        Bryan K. Kelly
                                                                        Debtor


                                                                        Respectfully submitted,
                                                                        THE DEBT DOCTORS

Dated:   April 8, 2021                                                  By: */s/ Matthew M. Herron*
                                                                        Matthew M. Herron, Esquire
                                                                        PA I.D. No.: 88927
                                                                        607 College Street, Suite 101
                                                                        Pittsburgh, PA 15232
                                                                        (412) 395-6001
                                                                        mmh@thedebtdoctors.com