### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Bryan K. Kelly,
        Debtor.                                    Bankruptcy No. 20-22931-GLT

_____

    Bryan K. Kelly,                                 Chapter 13
        Movant,
                                                        Document No.
    v.

    No Respondent.

### **WITHDRAWAL OF NOTICE OF CHANGE OF ADDRESS**

Kindly withdraw the Notice of Change of Address that was filed in the above-captioned matter on April 8, 2021 at docket no. 32. The Notice was inadvertently filed for the incorrect Debtor.

                                                                                                       Respectfully submitted,

Date:  April 8, 2021                                    ___/s/ *Matthew M. Herron*_____
                                                                            Matthew M. Herron, Esquire
                                                                            PA ID No.: 88927
                                                                            The Debt Doctors, LLC
                                                                            607 College Street, Suite 101
                                                                            Pittsburgh, PA 15232
                                                                            (412) 395-6001
                                                                            mmh@thedebtdoctors.com