## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Bryan K. Kelly,
    Debtor.

The Debt Doctors, LLC,
    Movant,
  vs.

No Respondent.

Bankruptcy No.: 20-22931-GLT
Chapter 13

Document No.:

Response Deadline: July 2, 2021
Hearing Date & Time: July 21, 2021 at 10:00 AM

## CERTIFICATE OF NO OBJECTION TO THE
## <u>APPLICATION FOR COMPENSATION</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Application for Compensation were to be filed and served no later than July 2, 2020.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

Date: July 6, 2021

    __/s/ Matthew M. Herron_____
    Matthew M. Herron, Esquire
    PA ID No. 88927
    The Debt Doctors, LLC
    607 College Street, Suite 101
    Pittsburgh, PA 15232
    412-395-6001
    mmh@thedebtdoctors.com

    ATTORNEY FOR THE DEBTOR