**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRYAN K. KELLY<br><br>    Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>        vs.<br>No Respondents. | Case No.:20-22931 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/14/2020 and confirmed on 12/08/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 34,940.00 |
| Less Refunds to Debtor | | 5.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 34,935.00 |
| | | | | |
| Administrative Fees | | | | |
|    Filing Fee | | 0.00 | | |
|    Notice Fee | | 0.00 | | |
|    Attorney Fee | | 4,328.48 | | |
|    Trustee Fee | | 1,538.24 | | |
|    Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 5,866.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 23,069.43 | 0.00 | 23,069.43 |
|     Acct: 5257 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 45,547.41 | 5,998.85 | 0.00 | 5,998.85 |
|     Acct: 5257 | | | | |
| | | | | 29,068.28 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN K. KELLY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN K. KELLY | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,835.27 | 2,835.27 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 1,493.21 | 1,493.21 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-21 | | | | |
|   THE DEBT DOCTORS LLC | 3,506.79 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| FAYETTE COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5160 | | | | |
| PA DEPARTMENT OF REVENUE* | 496.68 | 0.00 | 0.00 | 0.00 |
| Acct: 3240 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 825.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5257 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 618.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CAVALRY SPV I LLC* | 1,054.38 | 0.00 | 0.00 | 0.00 |
| Acct: 2646 | | | | |
| LVNV FUNDING LLC | 565.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0920 | | | | |
| DYNAMIC RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9262 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3997 | | | | |
| LVNV FUNDING LLC | 1,211.85 | 0.00 | 0.00 | 0.00 |
| Acct: 1181 | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3659 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7323 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,551.20 | 0.00 | 0.00 | 0.00 |
| Acct: 3864 | | | | |
| WELLS FARGO BANK NA | 1,111.25 | 0.00 | 0.00 | 0.00 |
| Acct: 0342 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 578.65 | 0.00 | 0.00 | 0.00 |
| Acct: 5628 | | | | |
| MARINER FINANCE LLC | 995.53 | 0.00 | 0.00 | 0.00 |
| Acct: 2770 | | | | |
| PA DEPARTMENT OF REVENUE* | 31.31 | 0.00 | 0.00 | 0.00 |
| Acct: 3240 | | | | |
| LVNV FUNDING LLC | 3,964.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0908 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 693.45 | 0.00 | 0.00 | 0.00 |
| Acct: 3997 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR VE | 10,056.05 | 0.00 | 0.00 | 0.00 |
| Acct: 8132 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,376.60 | 0.00 | 0.00 | 0.00 |
| Acct: 6818 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9260 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                29,068.28

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,321.68 |
| SECURED | 45,547.41 |
| UNSECURED | 27.809.50 |

Date: 08/08/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com