# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-22931** |
| **Bryan K. Kelly** | **Chapter 13** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **Bryan K. Kelly** | **Date and Time of Hearing** |
| | **January 11, 2023 at 10:30 a.m.** |
| **Ronda J. Winnecour** | |
| **Movant,** | **Related to Dkt # 63** |
| vs | |
| | **Place of Hearing** |
| **Nationstar Mortgage LLC** | **5490 U.S. Steel Tower** |
| **Respondents.** | **600 Grant Street** |
| | **Pittsburgh, PA 15219** |

## ORDER FOR UNCLAIMED FUNDS

AND NOW, this ____ day of _____, 20_____, upon consideration of the Notice of Motion, Response Deadline, and Hearing Date regarding the Motion for Unclaimed Funds and for good cause shown, the Clerk of Court is authorized to release the unclaimed funds in the amount of $2,151.77 to Nationstar Mortgage LLC, 800 State Highway 121 Bypass, Lewisville, TX 75067.

_____
Gregory L. Taddonio
United States Bankruptcy Judge

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

22-035899_JMR

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Matthew M. Herron, Attorney for Debtor, 607 College Street, Suite 101, Pittsburgh, PA 15232, mmh@thedebtdoctors.com (notified by ecf)

Bryan K. Kelly, Debtor, 514 Washington Street, Belle Vernon, PA  15012 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA  15219 (notified by regular US Mail)

22-035899_JMR