Case 20-22931-GLT    Doc 74    Filed 01/11/23    Entered 01/11/23 16:20:33    Desc Main
Document    Page 1 of 1
FILED
1/11/23 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22931-GLT |
| | : | Chapter: | 13 |
| Bryan K. Kelly | : | | |
| | : | | |
| | : | Date: | 1/11/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**
#63 Motion for Unclaimed Funds filed by Nationstar Mortgage, LLC
     #72 CNO Filed
     #64 Supplement filed by Nationstar Mortgage, LLC
     #70 Proposed Order

**APPEARANCES**:
          Nationstar:     Stephen Franks

**NOTES:**   [10:38]

Court: Kept this on because the Debtor indicated he was going to attend the hearing, but he is not here.

Franks: Is not sure if the Debtor still has an obligation with Nationstar or not.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Unclaimed Funds* [Dkt. No. 63] is GRANTED. [JH to enter proposed order at Dkt. No. 63 with modification — add "Upon distribution of the funds, the Clerk is authorized to close the case."]

**DATED:** 1/11/2023