FILED
1/10/23 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-22931** |
| **Bryan K. Kelly** | : | **Chapter 13** |
| | : | **Judge Gregory L. Taddonio** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | Related to Dkt. No. 61 |
| **Bryan K. Kelly** | : | **Date and Time of Hearing** |
| | : | **January 11, 2023 at 10:00 a.m.** |
| **Ronda J. Winnecour** | : | |
| Movant, | : | **Place of Hearing** |
| vs | : | **5490 U.S. Steel Tower** |
| | : | **600 Grant Street** |
| **Nationstar Mortgage LLC** | : | **Pittsburgh, PA 15219** |
| Respondents. | : | |

## DEFAULT ORDER

AND NOW, this 10th day of January 2023, upon consideration of the Motion to Reopen and for good cause shown, the case is reopened for the limited purpose of obtaining unclaimed funds.

Prepared by:   Stephen Franks, Esq.

**DEFAULT ENTRY**

Dated: January 10, 2023

_____
Gregory L. Taddonio                    **jah**
Chief United States Bankruptcy Judge

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Matthew M. Herron, Attorney for Debtor, 607 College Street, Suite 101, Pittsburgh, PA 15232, mmh@thedebtdoctors.com (notified by ecf)

Bryan K. Kelly, Debtor, 514 Washington Street, Belle Vernon, PA 15012 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 (notified by regular US Mail)

22-035899_JMR

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22931-GLT |
| Bryan K. Kelly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bryan K. Kelly, 514 Washington Street, Belle Vernon, PA 15012-1230 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Matthew M. Herron | on behalf of Debtor Bryan K. Kelly mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 1

Stephen Russell Franks
               on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

TOTAL: 7